IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON, | No. C 12-4355 JSW (PR) |
| Petitioner, | **ORDER OF DISMISSAL; ON PENDING MOTIONS** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | (Docket Nos. 2, 3) |

Petitioner, a California state prisoner, filed a motion for appointment of counsel that was docketed by the Clerk as a petition for a writ of habeas corpus. Petitioner seeks appointment of the Federal Public Defender to help him "remove" his pending criminal case from state court to federal court. As Petitioner does not have a complaint or petition pending in this court, this case cannot proceed and counsel cannot be appointed for him. Accordingly, this case is DISMISSED and the request for appointment of counsel is DENIED. Petitioner may consult his state court attorney to ascertain whether the relief he seeks is available and if so how best to obtain it.

Petitioner has failed to make a substantial showing that a reasonable jurist would find this Court's denial of his claim on procedural grounds debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is

1  warranted in this case.

2  The application for leave to proceed in forma pauperis is GRANTED.

3  The Clerk shall enter judgment and close the file.

4  IT IS SO ORDERED.

5  DATED: October 25, 2012

    _____
    JEFFREY S. WHITE
    United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TROY ANDERSON,

        Plaintiff,

  v.

PEOPLE OF THE STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV12-04355 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Anderson
901 Court Street
#CC10CL834
Martinez, CA

Dated: October 25, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk